[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15870
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00319-JDW-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMMANUEL ARIAS-CHAVARIN,
a.k.a. Rey Marcelo Rosda Maldonado,
a.k.a. Flaco,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 2, 2014)

Before HULL, MARCUS, and MARTIN, Circuit Judges.

PER CURIAM:

Cynthia Hernandez, appointed counsel for Emmanuel Arias-Chavarin in this direct criminal appeal, has moved to withdraw from further representation of the appellant pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967). Because our independent examination of the entire record confirms Hernandez's assessment that there are no arguable issues of merit on appeal, her motion to withdraw is **GRANTED**, and Arias-Chavarin's conviction and sentence are **AFFIRMED**.